```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    NEMESIO ORTEGA
 5

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )  CASE NO.  2:10-cr-00370 MCE
                                 )
11            Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
12      v.                       )
                                 )
13  JOSE PELAYO and              )
    NEMESIO REYNA ORTEGA         )  DATE:  September 30, 2010
14                               )  TIME:  9:00 a.m.
              Defendants.        )  COURT: Hon. Morrison England, Jr.
15  _____)
```

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for September 30, 2010, may be continued to November 18, 2010, at 9:00 a.m. The defense is reviewing discovery and investigation is ongoing. As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

/ / /

/ / /

1

The parties have authorized the defense counsel for Nemesio Ortega to sign this stipulation on their behalf.

DATED: September 24, 2010  BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Michael Anderson
Assistant U.S. Attorney

DATED: September 24, 2010
by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for NEMESIO ORTEGA

DATED: September 24, 2010  DANIEL J. BRODERICK
Federal Defender

/s/ Scott N. Cameron, for
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JOSE PELAYO

ORDER

Good cause appearing,

The status conference, scheduled for September 30, 2010, is continued to November 18, 2010, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE