```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE PELAYO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:10-cr-00370 MCE
                                )
14              Plaintiff,      )
                                ) STIPULATION AND ORDER CONTINUING
15     v.                       ) CASE
                                )
16 JOSE PELAYO, and             ) Date:  November 10, 2010
   NEMESIO REYNA ORTEGA         ) Time:  9:00 a.m.
17                              ) Judge: Hon. Morrison C. England, Jr.
                Defendants.     )
18 _____ )

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Michael D. Anderson, counsel for Plaintiff, Assistant Federal

22 Defender Jeffrey L. Staniels, counsel for defendant, JOSE PELAYO, and

23 Scott Cameron, counsel for defendant NEMESIO REYNA ORTEGA that the

24 status conference now set for November 10, 2010 be vacated and the

25 matter continued to January 6, 2011, to allow further time for defense

26 investigation and preparation.  The date requested also seeks to

27 account for certain periods of unavailability of counsel for the

28 defendants due to their case schedules.
```

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between November 10, 2010 and January 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare and continuity of counsel).

**IT IS SO STIPULATED.**

Dated: November 5, 2010  /S/ Michael D. Anderson
Michael D. Anderson
Assistant United States Attorney
Counsel for Plaintiff

Dated: November 5, 2010  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JOSE PELAYO

Dated: November 5, 2010  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order   -2-