```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    NEMESIO ORTEGA
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CASE NO.  2:10-cr-00370 MCE
                                 )
11           Plaintiff,          )   **STIPULATION AND ORDER CONTINUING**
                                 )   **STATUS CONFERENCE**
12       v.                      )
                                 )
13  JOSE PELAYO and              )
    NEMESIO REYNA ORTEGA         )   DATE:  February 17, 2011
14                               )   TIME:  9:00 a.m.
             Defendants.         )   COURT: Hon. Morrison England, Jr.
15  _____)

16

17                            Stipulation

18       The parties, through undersigned counsel, stipulate that the
19  status conference, scheduled for February 17, 2011, may be continued
20  to March 31, 2011, at 9:00 a.m.  The defense investigation is ongoing.
21  Also, defense counsel is engaged in negotiations on a potential
22  settlement.  As a result, the defense needs additional time before a
23  meaningful status conference can be held.  Accordingly, the parties
24  believe that the continuance should be excluded from the calculation
25  of time under the Speedy Trial Act.  The additional time is necessary
26  to ensure effective preparation, taking into account the exercise of
27  due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
28  ///
```

The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Nemesio Ortega to sign this stipulation on their behalf.

DATED: February 11, 2011
BENJAMIN WAGNER
United States Attorney

by /s/ Scott N. Cameron, for
Michael Anderson
Assistant U.S. Attorney

DATED: February 11, 2011

by /s/ Scott N. Cameron
Scott N. Cameron
Counsel for NEMESIO ORTEGA

DATED: February 11, 2011
DANIEL J. BRODERICK
Federal Defender

/s/ Scott N. Cameron, for
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JOSE PELAYO

**Order**

Good cause appearing,

The status conference, scheduled for February 17, 2011, is continued to March 31, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE