```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   NEMESIO ORTEGA
5
6
7                IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,   )  CASE NO.  2:10-cr-00370-MCE
                               )
11          Plaintiff,         )  **STIPULATION AND ORDER CONTINUING**
                               )  **STATUS CONFERENCE**
12      v.                     )
                               )
13 JOSE PELAYO and             )
   NEMESIO REYNA ORTEGA        )  DATE:   March 31, 2011
14                             )  TIME:   9:00 a.m.
            Defendants.        )  COURT:  Hon. Morrison England, Jr.
15 _____)
16
17                           Stipulation
```

The parties, through undersigned counsel, stipulate that the status conference, scheduled for March 31, 2011, may be continued to April 28, 2011, at 9:00 a.m. The defense investigation is ongoing. Also, defense counsel is engaged in negotiations on a potential settlement. As a result, the defense needs additional time before a meaningful status conference can be held. Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///

The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Nemesio Ortega to sign this stipulation on their behalf.

DATED: March 29, 2011  BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Michael Anderson
Assistant U.S. Attorney

DATED: March 29, 2011

by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for NEMESIO ORTEGA

DATED: March 29, 2011  DANIEL J. BRODERICK
Federal Defender

/s/ Scott N. Cameron, for
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JOSE PELAYO

1 **<u>Order</u>**

2 Good cause appearing,

3 The status conference, scheduled for March 31, 2011, is continued
4 to April 28, 2011, at 9:00 a.m.

5 Time is excluded from the speedy trial calculation pursuant to 18
6 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

7 IT IS SO ORDERED.

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE