```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JOSE PELAYO

 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
    UNITED STATES OF AMERICA,   ) No. 2:10-cr-00370 MCE
15                              )
                  Plaintiff,    )
16                              ) STIPULATION AND ORDER CONTINUING
         v.                     ) CASE
17                              )
    JOSE PELAYO,                ) Date: July 28, 2011
18                              ) Time: 9:00 a.m.
                  Defendant.    ) Judge: Hon. Morrison C. England, Jr.
19  _____    )

20
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JOSE PELAYO, that the status conference now set for July 28, 2011 be vacated and the matter continued to August 25, 2011, to allow completion of the gathering of sentencing related information pertinent to consideration of Mr. Pelayo's eligibility for a "safety valve" reduction in sentence.

**IT IS FURTHER STIPULATED** that provisions of the Speedy Trial Act do not apply to this post-conviction continuance.

**IT IS SO STIPULATED.**

Dated: July 27, 2011  /S/ Michael D. Anderson
　　　　　　　　　　　　Michael D. Anderson
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　Counsel for Plaintiff

Dated: July 27, 2011  /S/ Jeffrey L. Staniels
　　　　　　　　　　　　Jeffrey L. Staniels
　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　JOSE PELAYO

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order　　　　　　-2-